Law Offices
**STILLMAN & ASSOCIATES**
100 South Pointe Drive, TH-15
Miami Beach, FL 33139
Tel. (888) 235-4279
Fax (888) 235-4279

PHILIP H. STILLMAN, Bar # 152861

Attorneys for plaintiffs JAVIER TENORIO PLATA *et al.*

# UNITED STATES COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER TENORIO PLATA, an individual; ALFONSO VICTOR INCLAN COSTA, an individual; GERMAN VASQUEZ FIGUEROA, an individual; MICHELL ARIANNE CURTO GONGORA, an individual; CARLOS ACEVEDO MENDOZA, an individual; RUBEN ARMAND ROBLES DIAZ, an individual; GRACIELA HERRERA RODRIGUEZ, an individual; MARIA DE LOS ANGELES SANDOVAL, an individual; REINALDO RODRIGUEZ VELASQUEZ, an individual; BRAULIO ALBERTO DELGADO BRASIA, an individual; FRANCISCA GASTELUM ARAGON, an individual; MARIA DE LA VILLANET SANCHEZ GUZMAN, an individual; YADIRA CAMBREROS PINEDA, an individual;  DANIEL OROZCO VALDEZ, an individual; REBECCA GUTIERREZ JUAREZ, an individual; and MARTHA HUIZAR N., an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DARBUN ENTERPRISES, INC., a California corporation; OEM SOLUTIONS, LLC, a California limited liability company;  and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.: 10-01339 IEG (CAB) <br><br> PLAINTIFFS' RESPONSE TO OSC *RE* SERVICE OF SUMMONS <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Date: December 13, 2010 <br> Time:  10:30 a.m. <br> Court: 1 |

1    Plaintiffs, by and through their counsel, hereby respond to this Court's Order to Show Cause

2  re Service of Summons and Complaint as follows.

3    1.    The Complaint in this action was filed on June 24, 2010.

4    2.    Defendant Darbun Enterprises was personally served through its designated agent for

5  service of process on October 22, 2010, at 3:40 P.M., within the time specified by Fed.R.Civ.P.

6  4(m).

7    3.    Defendant OEM Solutions, LLC is a suspended corporation, with no designated agent

8  for service of process and an incorrect address for its business on file with the Secretary of State.

9  OEM was therefore not served.

10    4.    The service was performed by registered process servers with Advance Attorney

11  Service, Inc. and Plaintiffs' counsel had directed that the Proof of Service be filed with this Court

12  after receiving the Order to Show Cause.

13    5.    On Friday, December 10, counsel discovered that it had not been filed and Advance

14  Attorney Service agreed to provide a courtesy copy to Chambers as well as file it with the Clerk ON

15  Friday, December 10.

16

17                                        Respectfully Submitted,

18                                        STILLMAN & ASSOCIATES

19  Dated: November 29, 2010        By:

20                                           Philip H. Stillman, Esq.
                                          Attorneys for Plaintiffs JAVIER TENORIO PLATA *et al.*

21

22

23

24

25

26

27

28

-1-